FILED

08 MAY 28 PM 2:57

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

**08 CR 1721 JM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) – Deported Alien Found in the United States |
| JUAN GARCIA-NUNEZ, aka Antonio Munoz-Navarro, | |
| Defendant. | |

The grand jury charges:

On or about March 24, 2008, within the Southern District of California, defendant JUAN GARCIA-NUNEZ, aka Antonio Munoz-Navarro, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CEM:fer:San Diego
5/27/08

1  It is further alleged that defendant JUAN GARCIA-NUNEZ, aka Antonio Munoz-Navarro was removed from the United States subsequent to June 24, 1997.

DATED: May 28, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney