UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1721 JM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN GARCIA-NUNEZ,<br>  aka Antonio Munoz-Navarro,<br><br>    Defendant. | Criminal Case No. _____<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Juan Garcia-Nunez, aka Antonio Munoz-Navarro</u>, Criminal Case No. 08CR1426-JM.

DATED: May 28, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Caleb E. Mason*

CALEB E. MASON
Assistant U.S. Attorney